UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:15-cr-96-T-30AEP

KIMBERLY NOELLE COLLERA

**<u>FINAL JUDGMENT OF FORFEITURE</u>**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc.35), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

   a. A Taurus, model PT709 "Slim", 9mm pistol, serial number TDS64331;

   b. A Rohm, model RG66, .22 caliber revolver, serial number IC184314;

   c. A Harrington & Richardson, model 299, .38 caliber revolver, serial number 21965;

   d. A Czechoslovakia, model 98 Mauser, 8(7.92)mm rifle, no serial number; and

   e. Various rounds and calibers of ammunition, associated with the firearms, which were seized at the time of the defendant's arrest.

On July 2, 2015, the Court entered a Preliminary Order of Forfeiture for the firearms and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Doc. 26.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from September 22, 2015 through October 21, 2015.  Doc. 34.  The publication gave notice

to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.   No third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 35) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms and ammunition identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 1st day of December, 2015.

James S. Moody, Jr.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2015\15-cr-96 forfeit order 35.docx